FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 19-12300 | Trustee Name: | Robert D. Barr |
|---|---|---|---|
| Case Name: | FRIEDLANDER, BRAD H. | Date Filed (f) or Converted (c): | 04/17/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 05/30/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  20 Oakshore Dr., #3 Bratenahl OH 44108-0000 | $120,900.00 | $0.00 | | $0.00 | FA |
| 2  Make: Infiniti Model: QX60 Year: 2017 Other Information: Leased Vehicle | $0.00 | $0.00 | | $0.00 | FA |
| 3  Make: BMW Model: 4 Series Year: 2019 Other Information: Leased Vehicle Lease payments made by employer | $0.00 | $0.00 | | $0.00 | FA |
| 4  Make: Vespa Model: Scooter Year: 2007 Mileage: 3500 | $2,500.00 | $0.00 | | $0.00 | FA |
| 5  See Household Assets Attachment | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  Weights & Barbells | $100.00 | $0.00 | | $0.00 | FA |
| 7  Beretta .25 cal. pistol | $100.00 | $0.00 | | $0.00 | FA |
| 8  Charter Arms .38 cal. pistol | $150.00 | $0.00 | | $0.00 | FA |
| 9  Assorted Hand Tools, Garden Tools, Power Washer | $500.00 | $0.00 | | $0.00 | FA |
| 10  Checking Account 17.1. #xxxx xxxx 0637 PNC Bank | $3,768.50 | $0.00 | | $0.00 | FA |
| 11  Checking Account 17.2. #xxxx-xxxx-0372 US Bank | $5,109.50 | $0.00 | | $0.00 | FA |
| 12  Investment Account 17.3. #xxxx-2690 Wells Fargo Advisors | $38,989.18 | $21,553.66 | | $21,552.66 | $1.00 |
| 13  Savings Account 17.4. #xxxx-3118 US Bank | $24,057.00 | $0.00 | | $0.00 | FA |
| 14  Name of entity: % of ownership: BJRP, LLC (In Ch. 11, 18-15839; all operting assets have been sold in the bankruptcy case) 82% % | $0.00 | $0.00 | | $0.00 | FA |
| 15  Red Restaurant Group, LLC 50% % | $0.00 | $0.00 | | $0.00 | FA |
| 16  BJPM Management, LTD 51% % | $0.00 | $0.00 | | $0.00 | FA |
| 17  401K Principal Financial - Red Restaurant Group | $13,855.84 | $0.00 | | $0.00 | FA |
| 18  Debtor is Trustee of the Brad H. Friedlander Family Trust The Trust has no assets. | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 19-12300 | Trustee Name: | Robert D. Barr |
| --- | --- | --- | --- |
| Case Name: | FRIEDLANDER, BRAD H. | Date Filed (f) or Converted (c): | 04/17/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 05/30/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19  Retainer for Legal Services  (u) | $7,500.00 | $4,040.89 | | $4,040.89 | FA |
| Asset Notes: Amount recovered represents net amount of retainer received after deduction of secured claim for current legal services, per agreement. | | | | | |
| 20  Preference/Fraudulent Conveyance Claims  (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**                                                            **Gross Value of Remaining Assets**

                                       $219,530.02            $25,595.55                          $25,593.55                     $2.00

**Major Activities affecting case closing:**

06/30/2019    Turnover of remaining funds, if any, from Wells Fargo investment account. Investigating potential avoidance claims (including review of additional bank statements not yet provided). Investigating transfers of funds to daughter. Review claims.

| | | | |
| --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019     /s/ ROBERT D. BARR |
| | | | ROBERT D. BARR |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 19-12300 |
| Case Name: | FRIEDLANDER, BRAD H. |
| Primary Taxpayer ID #: | **-***8343 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2019 |
| For Period Ending: | 06/30/2019 |

| | |
|---|---|
| Trustee Name: | Robert D. Barr |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2300 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2019 | (19) | Kutak Rock LLP | Turnover of Unapplied Retainer for Legal Services. | 1229-000 | $4,040.89 | | $4,040.89 |
| 05/31/2019 | (12) | Wells Fargo Advisors | Turnover of Funds from Investment Account. | 1129-000 | $21,552.66 | | $25,593.55 |
| | | | TOTALS: | | $25,593.55 | $0.00 | $25,593.55 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,593.55 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,593.55 | $0.00 | |

**For the period of 01/01/2019 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $25,593.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,593.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2019 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $25,593.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,593.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 19-12300 |
| Case Name: | FRIEDLANDER, BRAD H. |
| Primary Taxpayer ID #: | **-***8343 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2019 |
| For Period Ending: | 06/30/2019 |

| | |
|---|---|
| Trustee Name: | Robert D. Barr |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2300 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,593.55 | $0.00 | $25,593.55 |

| For the period of 01/01/2019 to 06/30/2019 | | For the entire history of the account between 04/30/2019 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,593.55 | Total Compensable Receipts: | $25,593.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,593.55 | Total Comp/Non Comp Receipts: | $25,593.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT D. BARR

ROBERT D. BARR