# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| In re: | § | Case No. 19-12300-AIH |
|---|---|---|
| | § | |
| BRAD H. FRIEDLANDER | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/17/2019. The undersigned trustee was appointed on 04/23/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $25,595.57

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9.34 |
    | Bank service fees | $37.31 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $25,548.92 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2019 and the deadline for filing government claims was 10/14/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,309.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,309.56, for a total compensation of $3,309.56[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.50, for total expenses of $0.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/14/2020     By:   /s/ Robert D. Barr
                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 19-12300-AIH | Trustee Name: | Robert D. Barr |
| --- | --- | --- | --- |
| Case Name: | FRIEDLANDER, BRAD H. | Date Filed (f) or Converted (c): | 04/17/2019 (f) |
| For the Period Ending: | 9/14/2020 | §341(a) Meeting Date: | 05/30/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 20 Oakshore Dr., #3 Bratenahl OH 44108-0000 | $120,900.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Infiniti Model: QX60 Year: 2017 Other Information: Leased Vehicle | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Make: BMW Model: 4 Series Year: 2019 Other Information: Leased Vehicle Lease payments made by employer | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Vespa Model: Scooter Year: 2007 Mileage: 3500 | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | See Household Assets Attachment | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Weights & Barbells | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Beretta .25 cal. pistol | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Charter Arms .38 cal. pistol | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Assorted Hand Tools, Garden Tools, Power Washer | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Account 17.1. #xxxx xxxx 0637 PNC Bank | $3,768.50 | $0.00 | | $0.00 | FA |
| 11 | Checking Account 17.2. #xxxx-xxxx-0372 US Bank | $5,109.50 | $0.00 | | $0.00 | FA |
| 12 | Investment Account 17.3. #xxxx-2690 Wells Fargo Advisors | $38,989.18 | $21,552.66 | | $21,552.66 | FA |
| 13 | Savings Account 17.4. #xxxx-3118 US Bank | $24,057.00 | $0.00 | | $0.00 | FA |
| 14 | Name of entity: % of ownership: BJRP, LLC (In Ch. 11, 18-15839; all operting assets have been sold in the bankruptcy case) 82% % | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Red Restaurant Group, LLC 50% % | $0.00 | $0.00 | | $0.00 | FA |
| 16 | BJPM Management, LTD 51% % | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 401K Principal Financial - Red Restaurant Group | $13,855.84 | $0.00 | | $0.00 | FA |
| 18 | Debtor is Trustee of the Brad H. Friedlander Family Trust The Trust has no assets. | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Retainer for Legal Services (u) | $7,500.00 | $4,040.89 | | $4,040.89 | FA |

| Case No.: | 19-12300-AIH | Trustee Name: | Robert D. Barr |
| Case Name: | FRIEDLANDER, BRAD H. | Date Filed (f) or Converted (c): | 04/17/2019 (f) |
| For the Period Ending: | 9/14/2020 | §341(a) Meeting Date: | 05/30/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Asset Notes:   Disclosed in Amended Schedules filed on 4/24/19 (Docket No. 15). Amount recovered represents net amount of retainer received after deduction of secured claim for current legal services, per agreement.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Preference/Fraudulent Conveyance Claims (u) | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 2018 Federal and State Income Tax Refunds (u) | Unknown | $0.00 | | $0.00 | FA |

Asset Notes:   Disclosed in amended schedules dated April 24, 2019 (Docket No. 15).

| 22 | Refund From PNC Bank (u) | $0.00 | $2.02 | | $2.02 | FA |

**TOTALS (Excluding unknown value)**

|  | $219,530.02 | $25,595.57 | | $25,595.57 | **Gross Value of Remaining Assets** $0.00 |

Initial Projected Date Of Final Report (TFR):   12/31/2019        Current Projected Date Of Final Report (TFR):   12/31/2020

/s/ ROBERT D. BARR  
ROBERT D. BARR

| Case No. | 19-12300-AIH | | Trustee Name: | Robert D. Barr |
|---|---|---|---|---|
| Case Name: | FRIEDLANDER, BRAD H. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8343 | | Checking Acct #: | ******2300 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/17/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 9/14/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2019 | (19) | Kutak Rock LLP | Turnover of Unapplied Retainer for Legal Services. | 1229-000 | $4,040.89 | | $4,040.89 |
| 05/31/2019 | (12) | Wells Fargo Advisors | Turnover of Funds from Investment Account. | 1129-000 | $21,552.66 | | $25,593.55 |
| 12/19/2019 | 1001 | Insurance Partners Agency | Payment for 2019 bond premium, per invoice dated December 15, 2019. | 2300-000 | | $9.34 | $25,584.21 |
| 06/11/2020 | (22) | PNC Bank | Refund From PNC Bank | 1229-000 | $2.02 | | $25,586.23 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $37.31 | $25,548.92 |
| | | | TOTALS: | | $25,595.57 | $46.65 | $25,548.92 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,595.57 | $46.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,595.57 | $46.65 | |

| For the period of 4/17/2019 to 9/14/2020 | | For the entire history of the account between 04/30/2019 to 9/14/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,595.57 | Total Compensable Receipts: | $25,595.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,595.57 | Total Comp/Non Comp Receipts: | $25,595.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $46.65 | Total Compensable Disbursements: | $46.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46.65 | Total Comp/Non Comp Disbursements: | $46.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-12300-AIH | **Trustee Name:** Robert D. Barr |
| **Case Name:** | FRIEDLANDER, BRAD H. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***8343 | **Checking Acct #:** ******2300 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 4/17/2019 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 9/14/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $25,595.57 | $46.65 | $25,548.92 |

**For the period of 4/17/2019 to 9/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,595.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,595.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/17/2019 to 9/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $25,595.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,595.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT D. BARR

ROBERT D. BARR

| Case No. | 19-12300-AIH | | | | | | | | | | Trustee Name: | Robert D. Barr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FRIEDLANDER, BRAD H. | | | | | | | | | | Date: | 9/14/2020 |
| Claims Bar Date: | 08/08/2019 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT D. BARR<br>1111 Superior Ave. East, Suite 2500<br>Cleveland OH 44114 | 08/19/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.50 | $0.50 | $0.00 | $0.00 | $0.00 | $0.50 |
| | ROBERT D. BARR<br>1111 Superior Ave. East, Suite 2500<br>Cleveland OH 44114 | 09/04/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,309.56 | $3,309.56 | $0.00 | $0.00 | $0.00 | $3,309.56 |
| 1 | SRC917, LLC<br>c/o The Shelley Law Firm, LLC<br>500 South Pointe Drive, Suite 140<br>Miami Beach FL 33139 | 04/29/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $121,000.00 | $135,000.00 | $135,000.00 | $0.00 | $0.00 | $0.00 | $135,000.00 |
| **Claim Notes:** | Allowed as general unsecured claim, pursuant to amended claim filed on September 3, 2020. | | | | | | | | | | | |
| 2 | VEND LEASE COMPANY INC.<br>8100 Sandpiper Circle<br>Suite 300<br>Nottingham MD 21236 | 05/09/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $137,303.41 | $137,303.41 | $0.00 | $0.00 | $0.00 | $137,303.41 |
| **Claim Notes:** | (2-1) Money Loaned | | | | | | | | | | | |
| 3 | C.A. CURTZE<br>1717 E 12th St<br>PO Box 797<br>Erie PA 16512 | 05/10/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,434.63 | $3,434.63 | $0.00 | $0.00 | $0.00 | $3,434.63 |
| 4 | HUNTINGTON TECHNOLOGY FINANCE, INC.<br>Peter M. Leto<br>2285 Franklin Road, Suite 100<br>Bloomfield HIlls MI 48302 | 05/17/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $228,888.65 | $228,888.65 | $0.00 | $0.00 | $0.00 | $228,888.65 |
| 5 | REGIONAL INCOME TAX AGENCY<br>Attn: Legal Dept.<br>PO Box 470537<br>Broadview Heights OH 44147 | 05/17/2019 | Claims of Governmental Units - 507(a)(8) | Allowed | 5800-000 | $1,116.24 | $596.90 | $596.90 | $0.00 | $0.00 | $0.00 | $596.90 |
| **Claim Notes:** | (5-1) bk&#064;ritaohio.com | | | | | | | | | | | |

| Case No. | 19-12300-AIH | | Trustee Name: | Robert D. Barr |
|---|---|---|---|---|
| Case Name: | FRIEDLANDER, BRAD H. | | Date: | 9/14/2020 |
| Claims Bar Date: | 08/08/2019 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 06/06/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $29,004.50 | $31,312.90 | $31,312.90 | $0.00 | $0.00 | $0.00 | $31,312.90 |
| 7 | PIVOT MARKETING 646 Virginia Avenue Indianapolis IN 46203 | 06/18/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,855.00 | $12,855.00 | $0.00 | $0.00 | $0.00 | $12,855.00 |
| 8 | NORTHWEST BANK, SBM LORAIN NATIONAL BANK c/o Angela Abreu 100 Liberty Street P.O. Box 128 Warren PA 16365 | 06/25/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,262.29 | $14,262.29 | $0.00 | $0.00 | $0.00 | $14,262.29 |
| 9 | AMERICAN EXPRESS NATIONAL BANK c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | 06/26/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,029.44 | $832.37 | $832.37 | $0.00 | $0.00 | $0.00 | $832.37 |
| 10 | AMERICAN EXPRESS NATIONAL BANK c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | 06/26/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,085.73 | $820.63 | $820.63 | $0.00 | $0.00 | $0.00 | $820.63 |
| 11 | PAWNEE LEASING CORPORATION c/o Weltman, Weinberg & Reis Co., LPA 965 Keynote Circle Brooklyn Heights OH 44131 | 06/27/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $66,545.21 | $66,545.21 | $0.00 | $0.00 | $0.00 | $66,545.21 |
| 12 | INFINITI FINANCIAL SERVICES POB 660366 Dallas TX 75266-0366 | 06/28/2019 | Personal Prop and Intang - Consensual | Allowed | 4210-000 | $0.00 | $13,165.00 | $13,165.00 | $0.00 | $0.00 | $0.00 | $13,165.00 |

| Case No. | 19-12300-AIH | | Trustee Name: | Robert D. Barr |
| Case Name: | FRIEDLANDER, BRAD H. | | Date: | 9/14/2020 |
| Claims Bar Date: | 08/08/2019 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | VERIZON<br><br>by American InfoSource as agent<br>PO Box 4457<br>Houston TX 77210-4457 | 06/28/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,728.12 | $2,728.12 | $0.00 | $0.00 | $0.00 | $2,728.12 |
| 14 | ADVANCE MERCHANT FINANCE 1, LLC<br>c/o Weltman, Weinberg and Reis Co., LPA<br>965 Keynote Circle<br>OH 44131 | 07/02/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $258,200.00 | $168,000.09 | $168,000.09 | $0.00 | $0.00 | $0.00 | $168,000.09 |
| 15 | OHIO DEPARTMENT OF TAXATION<br><br>Bankruptcy Division<br>P.O. Box 530<br>Columbus OH 43216 | 07/24/2019 | Claims of Governmental Units - 507(a)(8) | Allowed | 5800-000 | $0.00 | $125,347.47 | $125,347.47 | $0.00 | $0.00 | $0.00 | $125,347.47 |

**Claim Notes:** (15-1) poc for ohio taxes

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15a | OHIO DEPARTMENT OF TAXATION<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus OH 43216 | 07/24/2019 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $72,867.58 | $72,867.58 | $0.00 | $0.00 | $0.00 | $72,867.58 |

**Claim Notes:** Allowed pursuant to Amendment filed on 8/21/20. Penalty portion of tax claim.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CALTRONICS NATIONAL<br>2490 Greentree Road<br>Carnegie PA 15106 | 08/02/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $371.02 | $371.02 | $0.00 | $0.00 | $0.00 | $371.02 |

**Claim Notes:** (16-1) Copier service - cost per copy usage

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | STRATEGIC FUNDING SOURCE, INC. D/B/A KAPITUS, INC.<br>120 West 45th Street<br>4th Floor<br>New York NY 10036 | 08/05/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $464,481.70 | $464,481.70 | $0.00 | $0.00 | $0.00 | $464,481.70 |

| Case No. | 19-12300-AIH | | | Trustee Name: | Robert D. Barr |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FRIEDLANDER, BRAD H. | | | Date: | 9/14/2020 |
| Claims Bar Date: | 08/08/2019 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18 | YANTRA 119, LLC<br><br>Marshall Grant, PLLC<br>197 South Federal Highway<br>Suite 200<br>Boca Raton FL 33432 | 08/06/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $406,955.61 | $406,955.61 | $0.00 | $0.00 | $0.00 | $406,955.61 |
| 19 | CITIBANK, N.A.<br><br>701 East 60th Street North<br>Sioux Falls SD 57117 | 08/06/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,093.95 | $9,223.35 | $9,223.35 | $0.00 | $0.00 | $0.00 | $9,223.35 |
| **Claim Notes:** | (19-1) Money Loaned | | | | | | | | | | | |
| 20 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | 08/07/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,248.20 | $9,863.06 | $9,863.06 | $0.00 | $0.00 | $0.00 | $9,863.06 |
| 21 | PRIME LINE DISTRIBUTORS, INC.<br>2800 SW 42nd Street<br>Fort Lauderdale FL 33312 | 08/20/2020 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,908,165.05 | $1,908,165.05 | $0.00 | $0.00 | $0.00 | $0.00 | $1,908,165.05 |

| Case No. | 19-12300-AIH | Trustee Name: | Robert D. Barr |
| --- | --- | --- | --- |
| Case Name: | FRIEDLANDER, BRAD H. | Date: | 9/14/2020 |
| Claims Bar Date: | 08/08/2019 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Claims of Governmental Units - 507(a)(8) | $125,944.37 | $125,944.37 | $0.00 | $0.00 | $0.00 | $125,944.37 |
| Fines, Penalties 726(a)(4) | $72,867.58 | $72,867.58 | $0.00 | $0.00 | $0.00 | $72,867.58 |
| General Unsecured 726(a)(2) | $1,692,878.04 | $1,692,878.04 | $0.00 | $0.00 | $0.00 | $1,692,878.04 |
| Personal Prop and Intang - Consensual | $13,165.00 | $13,165.00 | $0.00 | $0.00 | $0.00 | $13,165.00 |
| Tardy General Unsecured 726(a)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,309.56 | $3,309.56 | $0.00 | $0.00 | $0.00 | $3,309.56 |
| Trustee Expenses | $0.50 | $0.50 | $0.00 | $0.00 | $0.00 | $0.50 |

<span style="float:right">Exhibit D</span>

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-12300-AIH
Case Name: BRAD H. FRIEDLANDER
Trustee Name: Robert D. Barr

Balance on hand: $25,548.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 12 | Infiniti Financial Services | $13,165.00 | $13,165.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $25,548.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert D. Barr, Trustee Fees | $3,309.56 | $0.00 | $3,309.56 |
| Robert D. Barr, Trustee Expenses | $0.50 | $0.00 | $0.50 |

Total to be paid for chapter 7 administrative expenses: $3,310.06
Remaining balance: $22,238.86

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $22,238.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $125,944.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Regional Income Tax Agency | $596.90 | $0.00 | $105.40 |
| 15 | Ohio Department of Taxation | $125,347.47 | $0.00 | $22,133.46 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $22,238.86 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,692,878.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | SRC917, LLC | $135,000.00 | $0.00 | $0.00 |
| 2 | Vend Lease Company Inc. | $137,303.41 | $0.00 | $0.00 |
| 3 | C.A. Curtze | $3,434.63 | $0.00 | $0.00 |
| 4 | Huntington Technology Finance, Inc. | $228,888.65 | $0.00 | $0.00 |
| 6 | JPMorgan Chase Bank, N.A. | $31,312.90 | $0.00 | $0.00 |
| 7 | Pivot Marketing | $12,855.00 | $0.00 | $0.00 |
| 8 | Northwest Bank, sbm Lorain National Bank | $14,262.29 | $0.00 | $0.00 |
| 9 | American Express National Bank | $832.37 | $0.00 | $0.00 |
| 10 | American Express National Bank | $820.63 | $0.00 | $0.00 |
| 11 | Pawnee Leasing Corporation | $66,545.21 | $0.00 | $0.00 |
| 13 | Verizon | $2,728.12 | $0.00 | $0.00 |
| 14 | Advance Merchant Finance 1, LLC | $168,000.09 | $0.00 | $0.00 |
| 16 | Caltronics National | $371.02 | $0.00 | $0.00 |
| 17 | Strategic Funding Source, Inc. d/b/a Kapitus, Inc. | $464,481.70 | $0.00 | $0.00 |
| 18 | YANTRA 119, LLC | $406,955.61 | $0.00 | $0.00 |
| 19 | Citibank, N.A. | $9,223.35 | $0.00 | $0.00 |
| 20 | Synchrony Bank | $9,863.06 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
| --- | ---: | ---: |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
| --- | ---: | ---: |
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $72,867.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| --- | --- | ---: | ---: | ---: |
| 15a | Ohio Department of Taxation | $72,867.58 | $0.00 | $0.00 |

| | Total to be paid for subordinated claims: | $0.00 |
| --- | ---: | ---: |
| | Remaining balance: | $0.00 |