## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-12300-AIH |
| | § | |
| BRAD H. FRIEDLANDER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert D. Barr, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

       H.M. Metzenbaum U.S. Courthouse
       201 Superior Avenue
       Cleveland, Ohio 44114

Date Mailed:                          By:  /s/

Robert D. Barr
1111 Superior Ave. East, Suite 2500
Cleveland, OH 44114

UST Form 101-7-NFR (10/1/2010)

| In re: | § | Case No. 19-12300-AIH |
|---|---|---|
| | § | |
| BRAD H. FRIEDLANDER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $25,595.57
*and approved disbursements of* $46.65
*leaving a balance on hand of[1]:* $25,548.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 12 | Infiniti Financial Services | $13,165.00 | $13,165.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $25,548.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert D. Barr, Trustee Fees | $3,309.56 | $0.00 | $3,309.56 |
| Robert D. Barr, Trustee Expenses | $0.50 | $0.00 | $0.50 |

Total to be paid for chapter 7 administrative expenses: $3,310.06
Remaining balance: $22,238.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $22,238.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $125,944.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Regional Income Tax Agency | $596.90 | $0.00 | $105.40 |
| 15 | Ohio Department of Taxation | $125,347.47 | $0.00 | $22,133.46 |

Total to be paid to priority claims: $22,238.86
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,692,878.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | SRC917, LLC | $135,000.00 | $0.00 | $0.00 |
| 2 | Vend Lease Company Inc. | $137,303.41 | $0.00 | $0.00 |
| 3 | C.A. Curtze | $3,434.63 | $0.00 | $0.00 |
| 4 | Huntington Technology Finance, Inc. | $228,888.65 | $0.00 | $0.00 |
| 6 | JPMorgan Chase Bank, N.A. | $31,312.90 | $0.00 | $0.00 |
| 7 | Pivot Marketing | $12,855.00 | $0.00 | $0.00 |
| 8 | Northwest Bank, sbm Lorain National Bank | $14,262.29 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 9 | American Express National Bank | $832.37 | $0.00 | $0.00 |
| 10 | American Express National Bank | $820.63 | $0.00 | $0.00 |
| 11 | Pawnee Leasing Corporation | $66,545.21 | $0.00 | $0.00 |
| 13 | Verizon | $2,728.12 | $0.00 | $0.00 |
| 14 | Advance Merchant Finance 1, LLC | $168,000.09 | $0.00 | $0.00 |
| 16 | Caltronics National | $371.02 | $0.00 | $0.00 |
| 17 | Strategic Funding Source, Inc. d/b/a Kapitus, Inc. | $464,481.70 | $0.00 | $0.00 |
| 18 | YANTRA 119, LLC | $406,955.61 | $0.00 | $0.00 |
| 19 | Citibank, N.A. | $9,223.35 | $0.00 | $0.00 |
| 20 | Synchrony Bank | $9,863.06 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $72,867.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 15a | Ohio Department of Taxation | $72,867.58 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Prepared By: | /s/ Robert D. Barr |
|---|---|---|
|  |  | Trustee |

Robert D. Barr
1111 Superior Ave. East, Suite 2500
Cleveland, OH 44114

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

19-12300-aih    Doc 39-1    FILED 09/15/20    ENTERED 09/15/20 15:20:50    Page 5 of 5