UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

In re: § Case No. 19-12300-AIH
§
BRAD H. FRIEDLANDER §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert D. Barr, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $173,040.84 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $22,238.86 | Claims Discharged Without Payment: | $4,423,895.65 |
| Total Expenses of Administration: | $3,356.71 | | |

3) Total gross receipts of $25,595.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,595.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $100,000.00 | $13,165.00 | $13,165.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,356.71 | $3,356.71 | $3,356.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,116.24 | $125,944.37 | $125,944.37 | $22,238.86 |
| General Unsecured Claims (from **Exhibit 7**) | $2,980,106.34 | $1,765,745.62 | $1,765,745.62 | $0.00 |
| **Total Disbursements** | $3,081,222.58 | $1,908,211.70 | $1,908,211.70 | $25,595.57 |

4). This case was originally filed under chapter 7 on 04/17/2019. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2021     By: /s/ Robert D. Barr
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Investment Account 17.3. #xxxx-2690 Wells Fargo Advisors | 1129-000 | $21,552.66 |
| Refund From PNC Bank | 1229-000 | $2.02 |
| Retainer for Legal Services | 1229-000 | $4,040.89 |
| **TOTAL GROSS RECEIPTS** | | $25,595.57 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Infiniti Financial Services | 4210-000 | $0.00 | $13,165.00 | $13,165.00 | $0.00 |
|  | PNC Bank, NA | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $100,000.00 | $13,165.00 | $13,165.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert D. Barr, Trustee | 2100-000 | NA | $3,309.56 | $3,309.56 | $3,309.56 |
| Robert D. Barr, Trustee | 2200-000 | NA | $0.50 | $0.50 | $0.50 |
| Insurance Partners Agency | 2300-000 | NA | $9.34 | $9.34 | $9.34 |
| Independent Bank | 2600-000 | NA | $37.31 | $37.31 | $37.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,356.71 | $3,356.71 | $3,356.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Regional Income | 5800-000 | $1,116.24 | $596.90 | $596.90 | $105.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Tax Agency Ohio Department of Taxation | 5800-000 | $0.00 | $125,347.47 | $125,347.47 | $22,133.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,116.24 | $125,944.37 | $125,944.37 | $22,238.86 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SRC917, LLC | 7100-000 | $121,000.00 | $135,000.00 | $135,000.00 | $0.00 |
| 2 | Vend Lease Company Inc. | 7100-000 | $0.00 | $137,303.41 | $137,303.41 | $0.00 |
| 3 | C.A. Curtze | 7100-000 | $0.00 | $3,434.63 | $3,434.63 | $0.00 |
| 4 | Huntington Technology Finance, Inc. | 7100-000 | $0.00 | $228,888.65 | $228,888.65 | $0.00 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-000 | $29,004.50 | $31,312.90 | $31,312.90 | $0.00 |
| 7 | Pivot Marketing | 7100-000 | $0.00 | $12,855.00 | $12,855.00 | $0.00 |
| 8 | Northwest Bank, sbm Lorain National Bank | 7100-000 | $0.00 | $14,262.29 | $14,262.29 | $0.00 |
| 9 | American Express National Bank | 7100-000 | $1,029.44 | $832.37 | $832.37 | $0.00 |
| 10 | American Express National Bank | 7100-000 | $1,085.73 | $820.63 | $820.63 | $0.00 |
| 11 | Pawnee Leasing Corporation | 7100-000 | $0.00 | $66,545.21 | $66,545.21 | $0.00 |
| 13 | Verizon | 7100-000 | $0.00 | $2,728.12 | $2,728.12 | $0.00 |
| 14 | Advance Merchant Finance 1, LLC | 7100-000 | $258,200.00 | $168,000.09 | $168,000.09 | $0.00 |
| 15a | Ohio Department of Taxation | 7300-000 | $0.00 | $72,867.58 | $72,867.58 | $0.00 |
| 16 | Caltronics National | 7100-000 | $0.00 | $371.02 | $371.02 | $0.00 |
| 17 | Strategic Funding Source, Inc. d/b/a Kapitus, Inc. | 7100-000 | $0.00 | $464,481.70 | $464,481.70 | $0.00 |
| 18 | YANTRA 119, LLC | 7100-000 | $0.00 | $406,955.61 | $406,955.61 | $0.00 |
| 19 | Citibank, N.A. | 7100-000 | $5,093.95 | $9,223.35 | $9,223.35 | $0.00 |
| 20 | Synchrony Bank | 7100-000 | $10,248.20 | $9,863.06 | $9,863.06 | $0.00 |
| 21 | Prime Line Distributors, Inc. | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | A. Martini & Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Abco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Accubar | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Creditor | Code | Amount Claimed | | | |
|---|---|---|---|---|---|
| Acendex, Inc. | 7100-000 | $7,038.46 | $0.00 | $0.00 | $0.00 |
| Adcom | 7100-000 | $21,383.24 | $0.00 | $0.00 | $0.00 |
| Adcom Group, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Advance Merchant Finance, 1 LLC | 7100-000 | $168,000.09 | $0.00 | $0.00 | $0.00 |
| Advantage Water Cond Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adventure Chrysler Jeep | 7100-000 | $3,120.21 | $0.00 | $0.00 | $0.00 |
| Airways Cleaning & Fireproofing 4 Co., Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Albert Uster Imports, Inc. | 7100-000 | $617.87 | $0.00 | $0.00 | $0.00 |
| Alsco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Express | 7100-000 | $893.80 | $0.00 | $0.00 | $0.00 |
| American Express | 7100-000 | $152.99 | $0.00 | $0.00 | $0.00 |
| American Express Bank | 7100-000 | $269,000.00 | $0.00 | $0.00 | $0.00 |
| Amur Equipment Finance | 7100-000 | $67,166.00 | $0.00 | $0.00 | $0.00 |
| Anson Mills | 7100-000 | $261.22 | $0.00 | $0.00 | $0.00 |
| Asia International, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ASV Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| AV Designers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Banner Life | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bar Harbor Seafood | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Barclays | 7100-000 | $7,195.45 | $0.00 | $0.00 | $0.00 |
| Bass Security | 7100-000 | $796.34 | $0.00 | $0.00 | $0.00 |
| Bassichis Real Estate Profit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Beachwood Chamber of Commerce | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| Beck, William | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bemka House of Caviar | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Berger, Gayle | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Best Kitchen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Better Business Funding | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| BlRibbon | 7100-000 | $92,387.73 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Blue Island Oyster Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Blue Technologies | 7100-000 | $766.21 | $0.00 | $0.00 | $0.00 |
| Bouterse | 7100-000 | $3,950.32 | $0.00 | $0.00 | $0.00 |
| Breakthru Beverage Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brown Distributing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Buckingham, Doolittle & 5 Burroughs, LLC | 7100-000 | $36,754.80 | $0.00 | $0.00 | $0.00 |
| BWC State Ins. Fund | 7100-000 | $1,301.71 | $0.00 | $0.00 | $0.00 |
| Capri Westfield Farm Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Catanese Classic | 7100-000 | $54,529.69 | $0.00 | $0.00 | $0.00 |
| Catanese Classic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Caterease | 7100-000 | $2,400.00 | $0.00 | $0.00 | $0.00 |
| CCT Financial | 7100-000 | $791.18 | $0.00 | $0.00 | $0.00 |
| Chef Dave's Catering | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
| Chef2Chef | 7100-000 | $5,937.49 | $0.00 | $0.00 | $0.00 |
| CIT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CIT Technologies DNU | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citation Collections Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clerk of Court | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cleveland Jewish News | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Cleveland Scene | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| Coca-Cola | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Commercial Finance & Leasing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Concierge Connect | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Contemporary Restaurant 8 Appliances, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Coyle Hospitality Services | 7100-000 | $3,654.66 | $0.00 | $0.00 | $0.00 |
| Creation Gardens | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Culinary Convenience | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CVEC | 7100-000 | $3,564.00 | $0.00 | $0.00 | $0.00 |
| Cy's Linen Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| D'Artagnan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Darling Intn'l Inc. | 7100-000 | $345.60 | $0.00 | $0.00 | $0.00 |
| Dean Supply | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Double Park | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Eagle Brand Sales | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ecolab Pest Control | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ecolab Pest Elimination | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Edward Don & Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| EGB Industries, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Electrical Appliance | 7100-000 | $859.04 | $0.00 | $0.00 | $0.00 |
| Equity Planning, Inc | 7100-000 | $55,147.00 | $0.00 | $0.00 | $0.00 |
| Espresso Solutions | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Euro USA | 7100-000 | $30,090.12 | $0.00 | $0.00 | $0.00 |
| Event Source | 7100-000 | $3,041.15 | $0.00 | $0.00 | $0.00 |
| Fast Signs - CLE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fed Ex | 7100-000 | $43.14 | $0.00 | $0.00 | $0.00 |
| First Rate Service | 7100-000 | $1,351.83 | $0.00 | $0.00 | $0.00 |
| FMC Specialized Cleaning | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fortessa | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fresca Italia Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Goldstar Management LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GS Prop LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gurkha Cigar Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| H Jacks Plumbing | 7100-000 | $1,440.00 | $0.00 | $0.00 | $0.00 |
| Halperns | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hanmi Bank | 7100-000 | $1,233.32 | $0.00 | $0.00 | $0.00 |
| Hartford | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Helget Gas Products | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hitachi Capital America Corp. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hotel Indigo | 7100-000 | $461.36 | $0.00 | $0.00 | $0.00 |
| Hubbard & | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Cravens | | | | | |
| Illuminating - 669 | 7100-000 | $462.81 | $0.00 | $0.00 | $0.00 |
| Illuminating - 715 | 7100-000 | $4,048.26 | $0.00 | $0.00 | $0.00 |
| Illuminating - 785 | 7100-000 | $472.51 | $0.00 | $0.00 | $0.00 |
| Indiana Chamber of Commerce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Indianapolis Monthly | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ISF Signs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| JC Ehrlich | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| JDL Real Estate Ventures, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| JP Parker Flowers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| JumpStart Inc. | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Just Kleen It | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| Kantina | 7100-000 | $69.95 | $0.00 | $0.00 | $0.00 |
| Killbuck | 7100-000 | $41.00 | $0.00 | $0.00 | $0.00 |
| Kolano Design | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kutak Rock, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lariviere Parking System LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lugaila Mechanical Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Manion Plumbing, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Marky's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mattlin | 7100-000 | $207.04 | $0.00 | $0.00 | $0.00 |
| Mehta, Jaimini | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Meritech | 7100-000 | $2,946.47 | $0.00 | $0.00 | $0.00 |
| Miami Beach Camber of Commerce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mikuni | 7100-000 | $395.05 | $0.00 | $0.00 | $0.00 |
| Minotti, Michael | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| MOOD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Morgan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Morgan Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mowery | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Napier Florida Development, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Napier, William | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Neofunds Postage | 7100-000 | $45.84 | $0.00 | $0.00 | $0.00 |
| Nou-veau Bistro | 7100-000 | $230.00 | $0.00 | $0.00 | $0.00 |
| Oakley, Charles | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor | Code | Amount | | | |
|---|---|---|---|---|---|
| Oasis Window Cleaning | 7100-000 | $118.80 | $0.00 | $0.00 | $0.00 |
| Ohio Dept of Commerce | 7100-000 | $4,044.00 | $0.00 | $0.00 | $0.00 |
| One View Communications Inc. | 7100-000 | $1,517.99 | $0.00 | $0.00 | $0.00 |
| Oracle America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Oracle America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Orlando Baking | 7100-000 | $139.80 | $0.00 | $0.00 | $0.00 |
| Packo, David | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paragon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Park Street Import | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PCG Computers, Inc. | 7100-000 | $8,420.08 | $0.00 | $0.00 | $0.00 |
| Peoples United Bank NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Perfect Solution Landscaping | 7100-000 | $2,417.04 | $0.00 | $0.00 | $0.00 |
| Piazza Produce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pittsburgh Magazine | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pittsburgh Penguins | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Premier Produce | 7100-000 | $62,801.28 | $0.00 | $0.00 | $0.00 |
| Principal Financial Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Principal Life | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prographic Systems | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Republic National | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Responsible Vendors | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Roca Farms | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Roto Rooter | 7100-000 | $1,588.53 | $0.00 | $0.00 | $0.00 |
| Roulston, Chris | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| Royal Cup Coffee | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sani Products Pest Control | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shred-it | 7100-000 | $82.88 | $0.00 | $0.00 | $0.00 |
| Shutts and Bowen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Skoda,Minotti | 7100-000 | $56,000.04 | $0.00 | $0.00 | $0.00 |
| Sky Builders | 7100-000 | $778.80 | $0.00 | $0.00 | $0.00 |
| Solstice | 7100-000 | $3,345.60 | $0.00 | $0.00 | $0.00 |
| Solutions | 7100-000 | $449,912.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Name | Code | Amount | | | |
|---|---|---|---|---|---|
| Southern Florida Concierge | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Southern Glazers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Staples | 7100-000 | $358.41 | $0.00 | $0.00 | $0.00 |
| Staples Advantage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Star Refrigeration | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| State Cleaning Solutions | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| State Cleaning Solutions | 7100-000 | $14,375.32 | $0.00 | $0.00 | $0.00 |
| Steel City Traps | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Strassman Insurance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Strassman Insurance | 7100-000 | $22,185.90 | $0.00 | $0.00 | $0.00 |
| Sunbelt Rentals | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sutton-Garten Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sysco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sysco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sysco Food | 7100-000 | $56,929.62 | $0.00 | $0.00 | $0.00 |
| Sysco Food Services - South FL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Team 360 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Team Clean PGH | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TECO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Art of Clean Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Chef Agency | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Chef's Warehouse of Florida | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The CitiView Publications | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thunder Tech | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Total Line Refrigeration | 7100-000 | $3,535.48 | $0.00 | $0.00 | $0.00 |
| Tower IV, LLC | 7100-000 | $960,000.00 | $0.00 | $0.00 | $0.00 |
| TriMark SS-Kemp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United Air Specialists, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United Health Care | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Urban Farms | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vacmaster | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vanco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vauthy, Pierre | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vigeo Gardens | 7100-000 | $2,154.00 | $0.00 | $0.00 | $0.00 |
| Visit Indy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vital Recovery Services LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Voyles Vaina Lukemeyer Baldwin & 12 Webb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| W.F. Hann & Sons | 7100-000 | $326.00 | $0.00 | $0.00 | $0.00 |
| Wallace Floral | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Westminster Technologies, LLC | 7100-000 | $847.80 | $0.00 | $0.00 | $0.00 |
| YL Investments, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zashin & Rich | 7100-000 | $2,405.20 | $0.00 | $0.00 | $0.00 |
| Zorebo Interactive | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zweig, Michael | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,980,106.34 | $1,765,745.62 | $1,765,745.62 | $0.00 |